# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

| | |
|---|---|
| BOBBY DUNCAN and<br>MELISSA DUNCAN,<br>husband and wife,<br><br>    Plaintiffs,<br><br>v.<br><br>SURGICAL ASSOCIATES OF KINGSPORT, INC.;<br>ANDREW PHILLIP KRAMER,;<br>HOLSTON MEDICAL GROUP. P.C.;<br>THOMAS VADAKEKARA THOMAS; and<br>WELLMONT HEALTH SYSTEM d/b/a WELLMONT<br>HOLSTON VALLEY MEDICAL CENTER.<br><br>    Defendants. | No. 2:12-cv-00182 |

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through counsel, and stipulate to the court that all matters and controversies between them have been resolved and that the above captioned matter should be dismissed with prejudice. The parties further stipulate that each shall bear its own discretionary costs, fees and expenses.

Respectfully submitted this 13th day of January, 2015.

        By:    /s/ Mark A. Castleberry
                James H. London (BPR No. 006303)
                Mark A. Castleberry (BPR No. 024353)
                J. Spencer Fair (BPR No. 028069)
                *Counsel for Defendants Andrew P. Kramer, D.O.*
                *and Surgical Associates of Kingsport, Inc.*
                London & Amburn, P. C.
                607 Market Street, Suite 900
                Knoxville, TN 37902
                (865) 637-0203

/s/ Larry V. Roberts
Larry V. Roberts (BPR No. 015873)
*Co-counsel for Plaintiffs*
The Roberts Law Firm
106 Pinnacle Drive, Suite 108
Johnson City, TN 37615
(432) 282-9697

and

Charles J. Zauzig, III (VSB No. 17838)
Melissa G. Ray (VSB No. 65856)
*Co-counsel for the Plaintiffs*
Nichols Zauzig Sandler PC
12660 Lake Ridge Drive
Woodbridge, VA 22192
(703) 492-4200


/s/ Andrew T. Wampler
Russell W. Adkins (BPR No. 014230)
Andrew T. Wampler (BPR No. 021743)
*Counsel for Defendant Wellmont Health System*
*d/b/a Wellmont Holston Valley Medical Center*
Wilson Worley Moore Gamble & Stout, P.C.
P.O. Box 88
Kingsport, TN 37662
(423) 723-0400


/s/ Richard E. Ladd, Jr.
Richard E. Ladd, Jr. (BPR No. 11564)
*Counsel for Defendant Thomas V. Thomas, M.D.*
Penn Stuart
804 Anderson Street
Bristol, TN 37620-2266
(423) 793-4800

2